September 22, 2015

03-15-00517-CV

TC #C-1-CV-15-003949

Bulltiger, Inc. And Stephen Brent Jenkins v. Motus Digital, Inc.

I have received the notice for the above styled case. As of today I have not received a payment for the court reporter's record in this case.

Please contact me if you have any further questions.

Thank you,

*Amanda Anderson, CSR*

Official Court Reporter

County Court at Law No. 2

Travis County, Texas

1000 Guadalupe St., Rm 211

Austin, Texas 78701

512 854-9250

FAX: 512 854-4724